## WILLIAM MORRIS *versus* WILLIAM G. TAYLOR AND REUBEN KELSEY

JOURNAL ENTRIES (1821): *Journal 3:* (1) Settled by parties *p. 195.

PAPERS IN FILE: (1) Precipe for writ of error; (2) certificate of clerk of county court; (3) precipe for habeas corpus; (4) habeas corpus bond.

*Office Docket,* MS p. 148, c. 68.